IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

TAMMY KENNY,

     Appellant,

v.

     Case No.  5D22-669
     LT Case No. 2016-CA-042619

U.S. BANK, NATIONAL ASSOCIATION,
AS TRUSTEE SUCCESSOR IN INTEREST
TO BANK OF AMERICA, NATIONAL
ASSOCIATION, AS TRUSTEE SUCCESSOR
BY MERGER TO LASALLE BANK,
NATIONAL ASSOCIATION, ET AL,

     Appellees.
_____/

Decision filed April 18, 2023

Appeal from the Circuit Court
for Brevard County,
Curt Jacobus, Judge.

Blake J. Fredrickson, of Cremeens
Law Group, PLLC, Tampa, for
Appellant.

Kathleen D. Kilbride, Emily Y.
Rottmann, and Sara F. Holladay,
of McGuireWoods LLP, Jacksonville,
for Appellee.


PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.